UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Curtis Fuller,
filing case as Releem-X,

      Plaintiff,                        Case No. 11-13319

v.                                    Hon. Nancy G. Edmunds

Robert Naple, et al.,

      Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Plaintiff's motion for temporary restraining order and preliminary injunction [#3] is hereby DENIED.

      SO ORDERED.

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated:  March 19, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2012, by electronic and/or ordinary mail.

                                  s/Carol A. Hemeyer
                                  Case Manager